**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

DAVID SILBERSTEIN,

                Plaintiff,        Civil Action No.:
                                07-CV-

     - against -            **RULE 7.1 DISCLOSURE**

BEST BUY CO., INC.,

                Defendant.

------------------------------------X

      Pursuant to Local Civil Rule 7.1 of the Rules of this Court, defendant, BEST BUY STORES, L.P. s/h/a BEST BUY CO., INC. ("Best Buy"), by their attorneys, Simmons, Jannace & Stagg, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

                NONE.

Dated:     Syosset, New York
          June 18, 2007
                   Simmons, Jannace & Stagg, L.L.P.

                   BY:__s/Sal F. DeLuca_____
                      Sal F. DeLuca (sd-2354)

                   Attorneys for Defendant
                   BEST BUY STORES, L.P. s/h/a
                   BEST BUY CO., INC.
                   **Office & P.O. Address:**
                   75 Jackson Avenue
                   Syosset, New York 11791-3139
                   (516) 357-8100

TO:
PAZER & EPSTEIN, P.C.
Attorneys for Plaintiff
DAVID SILBERSTEIN
**Office & P.O. Address:**
20 Vesey Street, 7th Floor
New York, New York 10007
(212) 227-1212


7.1 Disclsoure

<u>**CERTIFICATE OF SERVICE**</u>

RE:  **David Silberstein v. Best Buy Co., Inc.**
    **Docket No.: 07 CV 5778**
    <u>**United States District Court, Southern District**</u>

**STATE OF NEW YORK** **)**
       **: ss.:**
**COUNTY OF NASSAU** **)**

  I, MARILYN C. AVONDET, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **RULE 7.1 DISCLOSURE** to all parties on June 19, 2007 by:

X Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

PAZER & EPSTEIN, P.C.
Attorneys for Plaintiff
DAVID SILBERSTEIN
**Office & P.O. Address:**
20 Vesey Street, 7th Floor
New York, New York 10007
(212) 227-1212


Under penalty of perjury, I declare that the foregoing is true and correct.

        _s/Marilyn C. Avondet_____
         MARILYN C. AVONDET

Sworn to before me this
19th day of June, 2007


_s/Janet L. Corsie_ Exp. 11/15/09
  NOTARY PUBLIC No. 01CO6033230 Nassau County