# Pazer & Epstein, P.C.

ATTORNEYS AT LAW
20 VESEY STREET
NEW YORK, NEW YORK 10007
(212) 227-1212

PERRY PAZER
MARK J. EPSTEIN
MICHAEL JAFFE
JONATHAN N. PAZER
MATTHEW J. FEIN
EUGENE GOZENPUT

FACSIMILE (212) 374-1778
SUFFOLK OFFICE
1776 E. JERICHO TURNPIKE
HUNTINGTON, N.Y. 11743
(631) 864-2429

October 5, 2007

SIMMONS, JANICE & STAGG, LLP.
75 Jackson Avenue
Syosset, NY 11791-3139

Attn: Sal F. DeLuca

Re: David Silberstein v. Best Buy Co.

Dear Mr. DeLuca:

This letter follows my telephone call and message to you of September 27, 2007. My file reflects that I provided to you full responses to your various demands on August 6, 2007. In addition, additional material was forwarded to you on August 24, 2007 and August 27, 2007. Among those documents were various demands for necessary information so that we can begin the deposition phase.

As you know, my client is elderly.

Please be good enough to advise as to when I may anticipate your next response.

Very truly yours,

PAZER & EPSTEIN, P.C.

BY: PERRY PAZER

PP:ym