# Pazer & Epstein, P.C.

ATTORNEYS AT LAW
20 VESEY STREET
NEW YORK, NEW YORK 10007
(212) 227-1212

**PERRY PAZER**
**MARK J. EPSTEIN**
**MICHAEL JAFFE**
**JONATHAN N. PAZER**
**MATTHEW J. FEIN**
**EUGENE GOZENPUT**

FACSIMILE (212) 374-1778
**SUFFOLK OFFICE**
1776 E. JERICHO TURNPIKE
HUNTINGTON, N.Y. 11743
(631) 864-2429

October 15, 2007

United States Federal Court
For the Southern District
500 Pearl Street
New York, New York 10007

Attention: Honorable John G. Koeltl

Re: David Silberstein v. Best Buy Co., Inc.
    Docket No.: 07 CV 5778

Dear Judge Koeltl:

I represent David Silberstein the plaintiff in a civil action who is eighty-four (84) years of age on or about August 24, 2007, I responded to the Rule 26 requirements and provided defendant with full compliance with demands.

By fax dated October 9, 2007, I received a response to my Combined Discovery Demands which are totally inadequate and provide literally no information or discovery material. It is impossible for me to proceed with depositions until Best Buy by its attorneys Simmons, Jannace & Stagg, LLP, provide responses to my demands.

I respectfully request a conference so that the discovery issues be immediately dealt with so that there be no further delay in the prosecution of this action.

Very truly yours,
PAZER & EPSTEIN, P.C.
BY: PERRY PAZER

PP:dr
cc:   Simmons, Jannace & Stagg, LLP
      75 Jackson Avenue
      Syosset, New York 11791