USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILBERSTEIN,

      Plaintiff,    07 Civ. 5778 (JGK)

  - against -        ORDER

BEST BUY CO. INC.,

      Defendant.

---

JOHN G. KOELTL, District Judge:

  The defendant should provide responses to the plaintiff's discovery requests by Friday, **December 7, 2007**. The plaintiff's deposition and any depositions from the defendant shall be taken the week of **December 17, 2007**.

  The parties should complete discovery by **January 11, 2008**. Dispositive motions, if any, should be made by **January 28, 2008**. The Joint Pretrial Order and other pre-trial submissions should be submitted by **February 15, 2008**. Parties should be ready for trial within 48 hours by **February 22, 2008**.

  In the event a dispositive motion is made, the dates for submitting the Joint Pretrial Order (together with Memoranda of Law, Requests to Charge, and Proposed Voir Dire Requests, as appropriate) shall be changed from that shown above to three weeks from the decision on the motion. The ready trial date shall be adjourned to a date four weeks after the decision on

the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

SO ORDERED.

Dated:   New York, New York
         December 3, 2007

_____
John G. Koeltl
United States District Judge