UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DAVID SILBERSTEIN,

|  |  |
|---|---|
|  | Civil Action No:<br>07 CIV.5778(JGK) |

                                     Plaintiffs,

-against-                                    **NOTICE FOR
DISCOVERY AND
INSPECTION**

BEST BUY CO., INC.,

                                     Defendants,
-----------------------------------------------------------------------X

SIRS:

      **PLEASE TAKE NOTICE**, that the plaintiff, DAVID SILBERSTEIN, represented by the undersigned supplemental combined demands made upon the defendant, that the Defendants, produce within twenty (20) days of this date pursuant to CPLR §3103(e) and §3120 and permit us to discover, inspect, copy and photograph at a mutually agreeable date and time, the following:

      1.    **Copies of advertisements for "Black Friday" sales at Best Buy-Queens at 88-01 Queens Boulevard, Elmhurst, NY placed in the Newsday and the Daily News for one week prior to November 24, 2007;**

      2.    **All sales records for Best Buy - 88-01 Queens Boulevard, Elmhurst, NY consummated from the opening of the store to 9:00 a.m. of that day to include time readings of sales.**

      **PLEASE TAKE FURTHER NOTICE**, that the plaintiff plans to depose MARY ANN CLAPS as part of discovery following receipt of the requested documentation.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing are continuing demands and if any of the above items are obtained after the date of this demand they are to be furnished to the undersigned pursuant to these demands.

Dated: New York, New York
    December 28, 2007

Yours, etc...

Perry Pazer, Esq.
PAZER & EPSTEIN
Attorneys for Plaintiff(s)
20 Vesey Street
New York, New York 10007
(212) 227-l212

To:   SIMMONS, JANNACE & STAGG, LLP
    75 Jackson Avenue
    Syosset, NY 11791

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NEW YORK  )  ss:

      **YVETTE MORA,** being duly sworn, deposes and says:

        That deponent is not a party to the action herein, is over the age of 18 and resides in New York County, New York.

      That on the 28th day of December, 2007, deponent served the within:

### NOTICE FOR DISCOVERY and INSPECTION

UPON:

      SIMMONS, JANNACE & STAGG, LLP
      75 Jackson Avenue
      Syosset, NY 11791

the address designated by attorneys for that purpose by depositing a true copy of same enclosed in postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                   **YVETTE MORA**

Sworn to before me this
28th day of December, 2007

_____
Notary Public

      **PERRY PAZER**
   Notary Public, State of New York
      No. 31-01PA3042475
    Qualified in New York County
  Commission Expires Feb. 28, 2010

Civil Action No.: 07CIV.5778(JGK):

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SILBERSTEIN,

                                            Plaintiff,

                    -against-

BEST BUY, CO., INC.,

                                            Defendant.

## NOTICE FOR DISCOVERY AND INSPECTION

**PAZER & EPSTEIN, P.C.**
**Attorneys for Plaintiff(s)**
**20 Vesey Street, Suite 700**
**New York, NY  10007**
**(212)  227-1212**

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R.  Sec. 130-1.1a

     **PERRY PAZER, ESQ.,** hereby certifies that, pursuant to 22 N.Y.C.R.R. Sec. 130-1.1a, all of the attached documents indicated above are not frivolous nor frivolously presented.

Dated:  New York, New York
       December 28, 2007

                        PERRY PAZER

## PLEASE TAKE NOTICE

[  ] Notice of Entry            That the within is a true copy of an order entered in the office
                              of the clerk of the within named court on

[  ] Notice of Settlement      That an Order of which the within is a true copy will be presented
                              for settlement to the Hon.      , one of the judges of the within
                              named Court on       at

Dated:  New York, New York
       December 28, 2007

                    PAZER & EPSTEIN, P.C.
                    Attorneys for Plaintiff(s)
                    20 Vesey Street
                    New York, NY 10007
                    (212)  227-1212