```
                                                    SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY ...
                                                    DOC #:
UNITED STATES DISTRICT COURT                        DATE FILED: 1/10/08
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DAVID SILBERSTEIN,
                                          Docket No.:
                                          CV-07 5778
                  Plaintiff,
                                          PROPOSED REVISED
                                          SCHEDULING ORDER
         -against-

BEST BUY CO., INC.,                       J. Koeltl

                  Defendants.

------------------------------------X
```

The parties should complete discovery by February 25, 2008. Dispositive motions, if any, should be made by March 10, 2008. The Joint Pretrial Order and other pre-trial submissions should be submitted by March 31, 2008. Parties should be ready for trial within 48 hours by April 4, 2008.

In the event a dispositive motion is made, the dates for submitting the Joint Pretrial Order (together with Memoranda of Law, Requests to Charge, and Proposed Voir Dire Requests, as appropriate) shall be changed from that shown above to three weeks from the decision on the motion. The ready trial date shall be adjourned to a date four weeks after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

1

Dated:  Syosset, New York
        January 9, 2008

PAZER & EPSTEIN                              SIMMONS, JANNACE & STAGG, L.L.P.
Attorneys for Plaintiff                      Attorneys for Defendant
DAVID SILBERSTEIN                            BEST BUY STORES, L.P. s/h/a
                                             BEST BUY CO., INC.

BY: _____                BY: _____
         (PF-4894)                                    Sal F. DeLuca (sd-2354)

Office & P.O. Address:                       Office & P.O. Address:
70 Vesey Street, 7th Floor                   75 Jackson Avenue, Suite 100
New York, New York 10007                     Syosset, New York 11791-3139
(212) 227-1212                               (516) 357-8100

So Ordered:

_____
U.S.D.J.

1/9/08