UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SIBERSTEIN,

                Plaintiff,

      - against -

BEST BUY CO., INC.,

               Defendant.

ORDER

07 Civ. 5778 (JGK) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-08

**RONALD L. ELLIS, United States Magistrate Judge:**

The above case, previously scheduled for a settlement conference on Thursday, May 1, 2008, at 10:00 a.m., is adjourned to Friday, June 20, 2008, at 11:00 a.m. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

**SO ORDERED this 1st day of May 2008**
New York, New York

                                                                                 */s/ Ronald L. Ellis*
                                                           The Honorable Ronald L. Ellis
                                                           United States Magistrate Judge